# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

131715

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID BURKACKI, Personal Representative of
the Estate of EMILY L. BARR,
　　　　Petitioner-Appellee,

v

JAMES BARR, Trustee for the ALEXANDER
M. BARR TRUST,
　　　　Respondent-Appellant.

SC: 131715
COA: 266669
Oakland PC: 04-293771-CZ

_____/

On order of the Court, the application for leave to appeal the June 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023